FILED

2005 Aug-23  PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

_SANDREW DOSS_

05 AUG 23  PM 2: 43

Inmate Identification Number: _126437_

_____

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

**vs.**

_DEPT. WARDEN Archie Garrett,_
_WARDEN WALY CARTER - WARDEN -_
_RAlPh Hooks - C.o.II GARY MALONE -_
_COMMISSIONER DONAl CAMPBell_

(Enter above full name(s) of the defendant(s)
in this action)

_AMENDED COMPLAINT AUY_
_WRItE CASE No 4:05-CV-1463_
_RDP - HGD_

### NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address changes.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

I.  **Previous lawsuits**

A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes  (   )          No  ( ✓ )

B.  If your answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more than
one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit:

Plaintiff(s):        _SANDREW DOSS 126437_

Defendant(s):    _DEPT. WARDEN Archie Garrett_

_____

**III.**  **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

**A.**  Name of plaintiff(s) _SANDREW DOSS #124637_

Address _1000 ST. CLAIR RD SPRINGVILE, AL 35146 9290_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

**B.**  Defendant _DEPT WARDEN ARChiE GARReTt_

is employed as _SECURity DEPT WARDEN_

at _ST. CLAIR CORRECTIONAl FACILITY_

**C.**  Additional Defendants _____

_____

_____

**IV.**  **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_ON AUGUST 11, 2004 ESCURTED FROM H-1 UNIT-5 Cell-A-SIDE BY_

_COnVernment officiaL To The Infimary ON MY Way to the Tafimary_

_I SANDREW DoSS told escort team DEPT WARDEN ArChiE GARReTt that the_

_LEG ShaClES WERE too tight, that I had no Feeling IN MY feet and that I couD_

3

HOW DID DEPT. WARDEN ARCHIE GARRETT WARDEN MR. TANNER VIOLATED MY CONSTITUTION RIGHTS WHY

DID Jones slammed me on the side walk. Inmate suffer severe back pain, and bruisin

which 8th Amendment uncrual-unusual punishment that 8th Amendment does not allow guar

to use force as retaliation, because Inmate Sandrew Doss #2437 was in altercation with another

Sicle. Government officials senior supervisor show liberty interest on my behalf on August 11, 2004.

How when warden Canter Allow her C.I. Jones when the C.I. Jones pinned my head to the sidewalk. Inm

uss suffered mental anguish, psychological injury, physically abuse, while pain from C.I. Jones press HIS knees in

my neck. How DID DEPT. Warden Archie Garrett violated my constitution rights, when

he show deliberate Indifference when they are higher authority, and Sandrew Doss

to DEPT. Warden Archie Garrett that he couldn't walk no more DIDN'T have no

ceiling In his feet and DEPT. Warden Garrett "Get him to the Infirmary one way or

then and DIDN'T intervene when HIS C.I. Jones slammed me to the sidewalk. I suffer

mental Anguish from these government entities that represent the state. Physically abuse

'ssault and battery. When guards used excessive force unreasonable. Inmate Doss suffer

alterations, contusions, abraisons and serious back elbow injuries, severe headaches. Put In a str

ell pen to these Incident 7 Days without no maltress no toilet. Therefore Inmate Doss #2437 constitu

rights 9th 14th Amendment was violated. I Inmate Doss receive a buoychart B & P.H.S. Nurse Sanders an

all my Injuries is stated on the buoychart Also is on record or when government official was carry

ne to Infirmary ST (ATTACHEDEX...

Inmate Doss seeking compensatory damages $1,000,000.00...Sandrew Doss Declare

ach defendant such...

Rights the plaintiff under the U.S. Constitution for the DEPT...Sandrew Doss...

when DIDN'T report the incident to warden Marks. Sandrew Doss...

Disciplinary report no disciplinary actions. So when Doss...

was violated. 8th Amendment uncrual-unusual punishment, 9th Amendment Equa

was violated. 8th Amendment physical abuse. Inmate Doss seeking Justice from Menta

Protection from physical abuse. Inmate Doss seeking Justice from Menta

anguish psychological injury, emotional stress, physical abuse from assault and

battery, which unconstitution, which Does violated Sandrew Doss Amendment

Rights. Which these government show negligence deliberate Indifference, liberty

Interest violated Sandrew Doss Amendment Rights on 8/11/2004.

NOT walk any further. Rather than loosen the leg shackles so that I could walk on my own. DEPT WARDEN GARRETT said "Get me to the Infirmary one way or other! DEPT WARDEN GARRETT Allow CO1 Jones slammed me to concrete sidewalk. How DEPT WARDEN GARRETT violated my Constitutional rights when he show Deliberate Indifference and Didn't act in lowen i when his officer from assulted me, That's violation of 14th Amendment EQual Protection.

## V.   RELIEF

State briefly **exactly** what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1. DECLARE the PLANTiff's right under the U.S. Constitution. 2. Enjoin the Defendants from retaliation against Doss AND from unnecessary and excessive physical force against Doss. 3. Compensatory damages of $1,000,000.00 from each defendant 4. Punitive damages of $1,000,000.00 from each defendant 5. such other relief as the court may deem necessary or proper.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/18/05

S. ANDREW DOSS #126437

_____

_____

_____

_____

**Signature(s)**

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

AMENDED COMPLAINT Write Case 4:05cv-1463-RDP-HGD

SANDREW DOSS Write, 4:05-CV-1463-RDP-HGD

nmate Identification Number: 129437

NOTICE TO FILING PARTY

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your suit without further notice

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

WARDEN RAIPH HOOKS, COMMISSIONER DONAL CAMPbell-ARChLe GARRET. DePWARDEN MARY CARTER DePWARDEN GARV MALONE C.io.II LAUOLEFLSO JONES E.o.1

(Enter above full name(s) of the defendant(s) in this action)

## I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes  (    )        No    ( ✓ )

B.    If your answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s):    _____

Defendant(s):    WARDEN RAIPH HOOKS

I.  Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s)  SANDREW DASS

Address  1000 ST. CLAIR R.O. SPRINGVILLE, AL
35146-9780

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant  WARDEN Ralph Hooks, N

is employed as  WARDEN OF THE PRISON

at  ST. CLAIR CORRECTIONAI FACILITY

C.  Additional Defendants  COMMISSIONER DONAL CAMPBELL,
ALABAMA DEPT. OF CORRECTIONS, 101 UNION STREET P.O.
BOX 301501 MONTGOMERY, ALABAMA 36130-1507

V.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

HOW WARDEN RALPH HOOKS, COMMISSIONER CAMPbell VIOLATED MY CIVIL
RIGHTS when I, SANDREW DASS sent numerous Complaint Grievance
to Them: concerning Incident on August 3, 2004 when I never receive
NO DISCIPLINARY REPORT, or DISCIPLINARY Action ASKING HIM

3

tow: WARDEN RALPH Hooks, Commissioner Donal CAMPbell Violated my constitutional

rights, when on 8/11/2004 SANDREW DUSS coming from H-1 Unit 18 cell BSIDE.

ITH HIS Government official to ST. CLAIR INFIRMARY AND WAS ESCORT BY DEPT. WARDEN

Archie Garrett, WARDEN, Mary CARTER, CEII GARY MAlone, COI OFFICIAI COI Jones, Then

COI Jones slammed SANDREW DUSS to the sidewalk, AND Inmate DUSS suffered SEVERE BACK

Pain, AND Abrusing, which 8th Amendment states Cruel-Unusual punishment, that 8th Amendment

won't allow Guards to use force As retaliation. Because Inmate SANDREW DUSS WAS

in a altercation with Another official Government official show Party Interest in my

behalf. How DID WARDEN RALPH Hooks, Commissioner Donal CAMPbell Violated my

constitution rights when They Didn't-Respond to none of my complaints AND Grievance.

Because SANDREW DUSS Never RECEIVE No DISCIPLINARY report, No DISCIPLINARY

action Asking Both WARDEN RALPH Hooks, Commissioner Donal Campbell To

DISCIPLINE HIS Guard, um officer, Because Inmate DUSS ASK DEPT. WARDEN

Archie Garrett whose over security to report the incident to WARDEN RALPH Hooks

who  _____  _____ Never report the incident ASSAULT AND Battery.

Telling Inmate DUSS I'm not your messenger Boy. Which on 8/11/2004 SANDREW DUSS was

forced to lie down on concrete floor despite his severe Injuries So to reclare where suffered

DUSS wrote WARDEN RALPH hooks, Commissioner Donal campbell for correctine And

DISCIPLINARY DISCIPLINE upon HIS officers No respond From either WARDEN

RALPH Hooks, Commissioner Donal campbell, So Therefore my Constitution was Violated in

1st Amendment Freedom of speech, redness A Grievance, BY HIGHER Authority

WARDEN RALPH hooks, Commissioner Donal campbell who show Negligence, Deliberate

Indifference on the incident with SANDREW DUSS #124137 And his employees. So Inmate

Amendment RIGHTS 1st, Freedom of speech, 8th Uncruel-Unusual-punishure

14th EQUAL Protection his constitution Amendment RIGHTS AT ST. CLAIR CORRECTION

FACILITY on 8/11/2004 on SANDREW DUSS WAY From H Unit B-SIDE 18 cell to ST.

CLAIR Infirmary BY ST. CLAIR Government official.

to correcting his employees his official concerning August 3, 2004 Warden Ralph Hooks violated my 1st Amendment right Redress of Grievance, Freedom of Speech per to no respond concerning August 3, 2004 when CO1 Ines Assaulted me In front of CO1 Offiey, CO1 Gan, Major, Dept. Warden Archie Garett, Warden Mary Carter, Warden Ralph Hooks Also, violated 14th Amendment Equal Protection From Physical Assault CO1.

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1 Declare the Plaintiffs rights under the U.S. Constitution 2 Enjoin the defendants from retaliative against Doss and from using unnecessary and excessive physical threat against Doss. 3 Compensatory damages of $200,000 from each defendant. 4. Punitive damages of $200,000 from each defendant 5 such other relief as other relief as the court may deem necessary or proper.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/18/05__.

__Sandrew Doss #126437__

_____

_____

_____

_____

**Signature(s)**

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

ANDREW DOSS

Inmate Identification Number: 126437

_____

_____

Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

COTLAUOLELSO, JONES, COT GARY-
A-ONE-Dept MARY CARTER-DepHWARDen
REhle BARRET-WARDen RalPh Hooks-
OMMPSSSONeR DoNAl CAMPBell

AMeNDMeNt COMPlAlNt AND-WRite CASE No H:05-CV-1463-RDP-HGD

(Enter above full name(s) of the defendant(s)
in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your suit without further notice.

## I.   Previous lawsuits

**A.**   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes  (    )        No    ( ✓ )

**B.**   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

**1.**   Parties to this previous lawsuit:

Plaintiff(s):   _____

Defendant(s):   _____   DeTT. WARDeN

_____

**II.  Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s)  _SANDREW DOSS #124637_

Address  _1000 ST. CLAIR R.D. SPRINGVILLE AL 35146-9790_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant  _COT JONES_ , _COTT MALONE, DEPT GARRETT, WARDEN CACKER_

is employed as  _Government officials, Warden of the Prison_

at  _ST. CLAIR CORRECTIONAL FACILITY_

C.  Additional Defendants  _WARDEN RAIPH HOOKS, COMMISSIONER_

_DONAL CAMPbELL_

**IV.  Statement of Claim**

State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets, if necessary.

_ON AUGUST 11, 2004 A+ ABOUT 10:00 AM, SANDREW DOSS #124637_

_WAS bEING ESCORTED From H-UNIT-18 cell B-SIDE INSIDE SEG._

_UNIT IN LOCKUP TO THE INFICMARY, COTT GARY MALONE VIOLATED_

_MY CONSTITUTIONAL RIGHTS, HOW WHEN HE DIDN'T, THEY WERE_

3

How COI LAUKERSOJONES violated my constitution rights when dept. warden Archie Garrett told him to get me there one way other, And then he picked me up Sanodrew Doss and slamed him down onto the concrete sidewalk on his back. Then C I LAughefso Jones then pinned Sandrew Doss head to the sidewalk and pressed his knee onto Sandrew Doss neck compressing his windpipe so that he couldn't breathe. Then Sandrew Doss lifted Doss from the sidewalk by the handcuffs extending and training his arms in this unnatual position and the handcuffs cutting Inmate Doss to his wrist. The pain was excruciating. Then COI Jones forced Doss to run to his infirmary sandebotted by holding the handcuffs and pushing him so that he had to run up from falling down again. So therefore COI Laukerfiso Jones violated my 4th Amendment Right unmer ... ... Also 8th Amendment present ... by ... ... ... Inmate Sandrew Doss (937 ) in America with proper officer, Therefore governmunt official COILaukerfiso ... shown negligence, deliberate indifference, ... Interest on Inmate Sandrew Doss Behalf, which others official COI Garr ..., C OI OFFICIAL DEPT. ... ... ... which encountered Inmate Doss were to ... COILaukerfiso Jones 'tion of violated Sandrew Doss death- ... ... 7S 14th Amendment Equal section from physical abuse. Inmate Doss suffered Mental Anguish from these ... entitles he represent the state, ... ... ... and safety, when was used excessive hall unreasonable, Inmate Doss suffered lacerations, confusions, stitchs and saves ... clenching ... severe pain ... RIT Inmate stay cell, put to Treater 1 Days... ... weakness, so weak, so therefore Inmate Doss (937) constitution A/S was violated. Inmate Doss deserve a sum total of ... ... ... ... Inmate Doss suffer Compensatory damages $100,000.00 from each defendant in each ... damages $100,000.00 each defendant such other relief court may deem necessary proper. Declare Rights defendant ... ... ... ... for COILaukerfiso Jones violated my 8th Amendment To ... ... punishment, 14th Amendment Equal Protection from physical abuse. Inmate Doss ... ... ... anguish, emotional stress, physical Abuse from ...

HIS COI. JONES SLAMMED ME TO SIDEWALK ON MY WAY TO THE
INFIRMARY, WHICH IS A VIOLATION OF 8th AMENDMENT UNCRUEL
UNUSUAL PUNISHMENT. ALSO 14th AMENDMENT EQUAL
PROTECTION FROM PHYSCIAL ABUSE. NOW COII GARY MALONE
DIO SHOW DELIBERATE INDIFFERENCE WHEN HE STOOD AND ALLOW
COI JONES TO PUT HIS KNEES ON MY NECK WHICH IS UNCONSTITUTIONAL.

**V. RELIEF**

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I DECLARE THE PLANTIFF'S rights UNDER THE U.S. CONSTITUTION 2
Enjoin the Defendants from retaliating against Doss and from using UN necessary and excessive physical force against Doss. 3 Compensatory damages of $130,000.00 from each defendant. 4 Punitive Damages $100,000.00 from each defendants 5 Such Other relief as the Court may deem necessary or appropriate Necessity or proper.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/18/05_____.

SANDREW DOSS #126437

_____

_____

_____

_____

**Signature(s)**

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

S. ANDREW DOSS

Inmate Identification Number: 126437

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk by mail
of any address change.
Failure to notify the clerk
may result in dismissal
of your suit
without prior notice.

(Enter above the full name(s) of the plaintiff(s)
in this action)

**vs.**

201 Laudedriso, Jones, Gary Malone (C.I.T. DEPT WARDEN)
MARY CARTER, DEPT ARCHIE GARRETT, HEAD WARDEN,
RALPH HOOKS, COMMISSIONER DONAL
T. CAMPBELL, DOC R

AMENDMENT COMPLAINT AND MORE
CASE NO 4:05-CV-1463-RDP-HGD

(Enter above full name(s) of the defendant(s)
in this action)

## I.   Previous lawsuits

**A.**   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes ( )          No ( ✓ )

**B.**   If your answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more than
one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):   N/A

Defendant(s):   _____

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s) _SANDREW DOSS #24637_

_____

Address _1000 ST CLAIR R.D. SPRINGVILLE AL 35146-_
_9780_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant _LAWDER(S), Tnes Conymaline, Mary Carter, Archie Carrett_

is employed as _COI COII, DEPT WARDEN HEAD COMMISSIONER_

at _ST CLAIR CORRECTIONAL FACILITY_

C.   Additional Defendants _____, Commissioner DINAH_
_Campbell_

_____

_____

Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_ON AUGUST 11,2004 AT ABOUT 10:00 AM SANDREW DOSS #12463? BEING ESCATED_
_FROM 4-UNIT-5 CELL A SIDE-INSIDE SEG UNIT LOCK UP TO THE INFirmary_
_BY ST CLAIR GOVERNMENT OFFICIAL THAT REPRESENT THE STATE. I INMATE_
_SANDREW DOSS #24637 WAS ESCORTED BY GOVERNMENT SUPERVISORS AT_

3

...CK PAIN, AND BRUISING 6th AMENDMENT cruel unusual punishment that 8th Amendment does NOT allow Guards to use race as retaliation. BECAUSE INMATE SANDREW DUSS #129637 s IN altercation with another officer. Government official's settle supervisor show early Interest on my behalf on AUGUST 11/04. How COI OFFICER VIOLATED MY CIVIL rights when he failed to Intervene when COI Jones pinned my head to the SIDEWALK. Inmate DUSS suffered psychological Injury, mental anguish Physically lower back PAIN when COI Jones pressed his knees Into my neck. How COI Malone, DEPT SANDERSON Walden either suffered my constitution rights when they show DELIBERATE Indifference when they are higher authority and did not Intervene. The suffering mental anguish from these Government entities that represent the state. Physically cause assault and battery when GUARDS use Excessive force, unreasonable Insuffered ......S, contusions abrasions and serious back claw Injuries severe headache .... shoulder pain .... ............ constitutional 8th Amendment states uncivil unusual punishment. Also ST CLAIR ..... violated Administrative regulation ... no ..... ........ ............ Sandrew Duss #129637 ..... 8th amendment was violated. I Inmate Duss receive a bodychart by PHS ..... officers and .. inmates ....... the bodychart. Also Is on record of ..... Between Sandrew Duss, DST officers all. CLAIM compensatory damages 000,000.00 Punitive Damages ....... such other relief court may deem necessary proper. Also Sandrew Duss declare rights the PLAINTIFF under the constitution s. From these Government officials and St Clair correctional facility en These Government official violated my constitution rights 8th Amendment cruel unusual punishment, 14th Amendment Equal Protection. ... physical abuse Inmate seeking Justice shown mentally anguish chudological Injury emotional stress physically abuse from assault and battery which unconstitution which does violated Sandrew Duss, Amendment rights n official negligence deliberate Indifference no early Interest on ..... Duss behalf ..... fed his civil rights on 8/11/2004.

DEPT. SARGENT, WARDEN MCKEE, COT. MALONE, COT. JONES, COT DEFENDANT THESE CONVINMENT OFFICIAL VIOLATED MY CONSTITUTIONAL RIGHTS ON AUGUST 11 2004 HOW INMATE SANDREW DUSS #126437 CLAIM Inter-Alia STATED DURING TRANSFER to Infirmary with handcuffs and shackles. Inmate DUSS told the officer CUFF WAS too tight couldn't walk no more. COT. Jones PIC'K ME UP AND SLAMMED ME to the concrete Sidewalk. thun he violated My Constitutional

## V. RELIEF

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1 DECLARE the Plantiff's rights under the U.S. Constitution...

2 Enjsin the Defendants from retaliating against Doss and from using unecessary and excessive physical force against these ...

3 Compensatory damages of $50,000.00 from each defendant ...

4 Punitive damages of $1,000,000.00 from each defendant. 5 Such other relief court may deem necessary or proper. ...

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/18/05__.

SANDREW DUSS #126437

**Signature(s)**

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2005 AUG 23 PM 2:06

U.S. DISTRICT COURT
N.D. OF ALABAMA

ANDREW DOSS,

mate Identification Number: 126437

Enter above the full name(s) of the plaintiff(s)
this action)

vs.

01) AWARE ASS. Tennis, CO II GARY MABLE
DEPT. WARDEN Archie Garrett, WARDEN AND
R.MRH HOOKS, COMMISSIONER,
DONAL CAMPbell AND Dept: WARDEN MARY Carter

Enter above full name(s) of the defendant(s)
a this action)

AMENDMENT COMPLAINT
AND WRITE CASE NO 4:05-CV-
1463-RDP-HGD

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

. **Previous lawsuits**

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )        No ( )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

**2.**   Court (if Federal Court, name the district; if State Court, name the county)

_____ *NA* _____

**3.**   Docket number _____ *NA* _____

**4.**   Name of judge to whom case was assigned   *NA* _____

_____

**5.**   Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?) _____ *NA* _____

_____

**6.**   Approximate date of filing lawsuit ___ *NA* _____

_____

**7.**   Approximate date of disposition ___ *NA* _____

**Place of present confinement**   *ST CLAIR CORRECTIONAL FACILITY*

**A.**   Is there a prisoner grievance procedure in this institution?
Yes   (  ✓  )          No   ( ✓ )

**B.**   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes   ( ✓ )          No   ( ✓ )

**C.**   If your answer is YES:

1.   What steps did you take?   _____ *NA* _____

_____

2.   What was the result? ___ *NA* _____

_____

**D.**   If your answer is NO, explain why not?   _____

_____

_____

_____

**II.** **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

**A.** Name of plaintiff(s) _SANDREW DOSS #126437_

Address _1000 ST. CLAIR RD. SPRINGVILLE, Al 35146-9290_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

**B.** Defendant _LA WON PRISON, Lines, COL 4 BALLOE, WARY CAREE, ARCHE GARRETT_

is employed as _COL, COL11 DEPT, WARDEN COMMISSIONER_

at _ST CLAIR CLAIR CORRECTIONAL FACILITY._

**C.** Additional Defendants _ALSO COMMISSIONER DONAL CAMPBELL_

_DEPT. OF CORRECTIONS 101 UNION STREET P.O. BOX 301501_

_MONTGOMERY, Al 36130 -1501_

**IV.** **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_ON AUGUST 11, 2004 AT ABOUT 10:00AM SANDREW DOSS #12467 was being escorted_

_from H UNIT- 5 Cell A -STOE INTOE SEC UNIT TO WORK P TO THE INFIRMRY_

_BY ST CLAIR CNVRNMENT OFFICALS THAT REPESENT THE STATE_

_I INMATE SANDREW DOSS #124637 was escorted BY GUVRNMENT SUPERVITRS_

3

# Statement of Claim

On AUGUST 11, 2004 At About 10:00 AM- I SANDREW DOSS WAS-
[Being] escorted FROM "H" 1 UNIt (SEGREGATION UNIT) to The INFIRMARY
[at] CLAIR CORRECTIONAl FACILITY When I WAS VICIOUSLY-
[Ass]AULTED AND BATTERED.

[Dos]S WAS BEING escorted BY DEP: WARDENS ARCHIE GARRETT-
[&] MARY CARTER, C.O.II GARY MALONE, AND LAUDIE FLSO JONES-
[C.O.]2. DOSS WAS HANDCUFFED WITH HIS HANDS BEHIND HIS BACK AND
[HA]D ON LEG SHACKLES ON HIS ANKLES,

    DOSS TOLD THE ESSCORT TEAM THAT THE LEG SHACKLES
[WE]RE TOO TIGHT > THAT He HAD NO FEELING IN HIS FEET AND THAT
[He] COULD NOT WALK ANY FURTHER. RATHER THEN LOOSEN THE LEG SHACKL-
[E]S- SO THAT I COULD WALK ON MY OWN > GARRETT SAID << GET HIM-
[To] THE INFIRMARY ONE WAY OR THE OTHER!>> JONES THEN PICKED
[D]OSS UP AND SLAMMED HIM DOWN ON TO THE CONCRETE SIDE WALK.
[O]N HIS BACK.

[JO]NES THEN PINNED DOSS'S HEAD TO THE SIDEWALK AND PRESSED HIS-
[KN]EE ON TO DOSS'S NECK COMPRESSING HIS WINDPIPE SO THAT I COULD-
[NO]T BREATHE. THEN JONES LIFTED DOSS FROM THE SIDEWALK BY THE-
[HA]NDCUFFS EXTENDING AND STRAINING ARMS IN THIS UNNATURAI-
[PO]SITION AND THE HANDCUFFS CUTTING INTO HIS WRISTS,
[TH]E PAIN WAS EXCRUCIATING. THEN HE FORCED DOSS TO RUN TO THE-
[INF]IRMARY BAREFOOTED BY HOLDING THE HANDCUFFS AND PUSHING HIM
[so] THAT HE HAD TO RUN TO KEEP FROM FALLING DOWN AGAIN- IF THE-
[VI]DEO CAMERA WAS FUNCTIONING IT WILL VERIFY THESE FACTS.
[D]OSS SUFFERED LACERATIONS, CONTUSIONS, ABRASIONS AND SERIOUS-
[ba]CK AND ELBOW INJURIES FROM WHICH I HAS NOT YET RECOVERED-
[A]ND RECEIVES PAIN MEDICATION THREE TIMES PER DAY. AFTER- ce[ll]
[A]RRIVING AT THE INFIRMARY > DOSS WASS PLACED IN A STRIP > cell
[wi]TH NO MATTRESS FOR SEVEN DAYS, DOSS WAS FORCED TO LIE ON THE CONCRE[TE]
[fl]OOR DESPITE HIS SERIOUS INJURIES, DOSS DID NOT RECEIVE A DISCIPLIN[ARY]
[r]EPORT. DOSS REQUESTED THAT GARRETT REPORT THE ASSAULT AND BA[TTERY]
[t]o HOOKS AND CAMPBELL FOR CORRECTIVE AND DISCIPLINARY ACTION
[G]ARRETT REFUSED- DOSS WROTE LETTERS OF COMPLAINT TO HOOKS A[ND]
                                      NEITHER RESPONDED OVER→

OR TOOK ANY CORRECTIVE NOR DISCIPINARY ACTION AGAINST - e EMPLOYEES. AND BY SO DOING IS HOW HOOKS AND CAMPBELL Iolated MY CONSTITUTIONAI RIGHTS

LAuoLefISO JONES C.O.I IS THE ONE THAT ASSAULTED AND Battere e IS HOW HE VIOlATED MY RIGHTS

2) ARChie GARReTT DepWARDen - (#3) MARY CARTer DepWARDen 4) GARY MALONE C.O.II All (3) WAS THERE WHEN T INCIDENT came oout AND Neither (#3) DID NOTHING to STOP THERE C.O.I NORDU ney INTERVENE IN ANY WAY - AND BY SO DOING AII #(3) VIOIATED MI CONSTITUTIONAI RIGHTS.


I SANDRew DOSS DeclARe UNDER PeNAlty OF PeRJURY ThaT The - oReGOING IS tRue AND CORRECT

EXeCuteD ON  8-21-05

                          Sandrew Doss #126035

hen CU1 Jones (IN A PAIN, AND Bruising Amendment unusual unusual-punishment that 8th Amendment Does not Allow Guards to Enforce as Retaliation, Because Inmate Sandrew Doss #24637 WAS In altercation in another officer, Government officials senior supervisor Sho, v/ Policy Interest on Behalf on August 1, 04. How CO II Malone violated My civil rights when He failed to Intervene when Co1 Jones pinned my Head to the Sidewalk, Inmate Doss suffered mental quish, psychological Injury, physically abuse neck pain from Co1 Jones pressed his knees into I neck. How DID DEPT. Archie Warden Garrett violated his Constitution RIGHTS When they Show Deliberate Indifference when they are higher authority and Didn't Intervene. Suffering mental anguish from these Government entities that represent the state. Physically use assault and battery when Guards use excessive force, unreasonable. I'm suffered lacerations abrasions bruises on back elbow, legs several occurrences. Put In a strip cell & to this Incident without no mattress for seven Days. Is unconstitutional, 8th Amendment status. cruel unusual punishment. also ST CLAIR officers violated Administrative Regulation 20.7 and Abuse prisoners In any manner, so therefore Inmate Sandrew Doss #24637 14th Amendment was violated. I Inmate Doss receive a Body chart by R.H.S. Nurse Sanders and all Injuries is stated on the Body chart. Also Is on record, Sandrew Doss ST CLAIR CORRECTION hen they violated my rights At ST CLAIR, sheriffs functioning, It will verify these facts. Inmate Doss Claim Compensation & Damages $1,000,000.00 from each Defendant. Punitive Damages 10,000.00 from each Defendant. Such relief other as the court may deem necessary or proper. So Sandrew Doss Declare Rights the plaintiff under U.S. Constitution for I.F.T. Warden Archie Garrett when DIDN'T Report the Incident to Warden Houk's In & receive a Disciplinary Report no Disciplinary action. So There are Sandrew Doss Constitution Rights 8th Amendment, 14th Amendment was violated. 8th Amendment unusual unusual punishment, 14th Amendment Equal protection from physical Abuse. Inmate Doss Seeking Justice for mentally anguish, Psychological Injury emotional stress, Physically abuse from assault and Batter which unconstitution, which Does violated Sandrew Doss mental rights, which Government official shows negligence, Deliberate Difference, Liberty Interest on Sandrew Doss Behalf violated his civil rights 8/11/2004.

DEPT. GARRET, WARDEN MARTER, COTT, MALONE, COI JONES, AND COI OFFICIAL. THESE CONFINEMENT OFFICIAL VIOLATED MY CONSTITUTIONAL RIGHT ON AUGUST 11,2004. HOW Inmate SANDREW DOSS CLAIM Inter-Alia STATED DURING #126437 TRANSFER to Toflemmey with handcuffs and shackles, Inmate Doss for the office by CUFF was too tight couldn't WALK No more. COI JONES PICK ME UP AND Slammed to the concrete STDEWALK, then he violated my constitutional RIGHTS

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1. DECLARE the PLAINTIFF rights under the U.S. Constitution. 2. Enjoin the DEFENDANTS from Retaliating against DOSS AND from using UNNECESSARY and excessive physical force against DOSS. 3. Compensatory damages of $1,000,000. or from each defendant. 4. Punitive DAMAGES of $1,000,000.00 from each defendant. 5. Such other relief as the court may deem necessary or proper.

*I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/18/05_____ .

SANDREW DOSS 126437

**Signature(s)**

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

ANDREW DOSS CASE NUMBER

nate Identification Number: _/24437_

_____

_____

nter above the full name(s) of the plaintiff(s)
this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

ODIT GARY MALONE -DEP WARDEN -

HRY CARTER-DEP WARDEN GARRETT-WARDEN-

APh HOOKS - COMMISSIONER DONAL CAMPBell

DLAWOLEELSO JONES C.O.1

AMENDMENT COMPLAINT AND WRIT+
CASE NO 4:05-CV-1453-RDP-HGD

nter above full name(s) of the defendant(s)
this action)

## Previous lawsuits

A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
    in this action or otherwise relating to your imprisonment?
    Yes  (      )              No  (      )

B.  If your answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more than
    one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

    1.  Parties to this previous lawsuit:

        Plaintiff(s):     _Andrew Dass # 24437_

        Defendant(s):     _____

        _____

**Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) _____ SANDREW DOSS #124637

Address _____ 1000 ST. CLAIR RD SPRINGUZIE, Al
_____ 35146-9790

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _____ Officer _____

is employed as _____ COT OFFICIAL

at _____ ST CLAIR CORRECTIONAL FACILITY

C. Additional Defendants _____

_____

_____

_____

*I.* **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

ON AUGUST 14, 2004 AT ABOUT 10:00 AM, SANDREW DOSS WAS
BEING ESCORTED From Ht-UNIT-18 cell B-SIDE FROM INSIDE SEG. UNIT
IN lock up, To The Infirmary BY ST CLAIR OFFICIAR. WARDEN MARY CARLER
VIOLATED MY CONSTITUTIONAL RIGHTS. HOWEVER DIDN'T become

3

how CUII GARY MALONE violated my constitution RIGHTS when his CO1, CO2 Does

turned to the concrete sidewalk CO1 - Inewere Inmate Sandrew Doss const.

TGHTS 8th Amendment unclure-unusual-punishment when was excessive force

reasonable. CUII GARY Malone Allow CO2 Luster O Jones to Abuse his Authority.

When he A senior supervisor was - transfer to stop his with CO2 Does

for Assault And Bettory on Inmate Sandrew Doss. While Inmate Sandrew

Doss was handcuffs. & Therefore Per to CUII CARY MALONE was standing there

while the Incident accur Per him to stop Sandrew Doss constitution RIGHTS.

So 8th Amendment Does not allow Guards to use force to use retailation when Sandrew

Doss was not resisting ___ of his officer. Therefore CUII GARY Malone

To Show Negligence, Deliberate Indifference LIBERTY Interest on Inmate

Sandrew Doss behave when other officers was present Don. Luchie Garrett, in which Party

when CO2 Garrett Didn't intervere of CO2 Jones Violated MY Constitution RIGHTS

Malone - Doss 14th Amendment Equal Protected ___ harm Physical Abuse Inmate

Doss Mentally Anguish than these constitute ___ that reflect the state possibly

while Assault and Bettory. Inmate Doss suffered ___ Pains, contusions, Abrasions And

Bodies back pain Elbow Injuries, severe hendeches Inmate Sandrew Doss Seeking compensat

Inmages $4,000,000.00 have each defendant, Punitive Damages $1,000,000.00 have each

defendant such other relief court may Deem Necessary Proper. DECLARE RIGHTS the

will under the U.S. constitution for CO2 Garrett Malone violated plaintiff's 8th, 14th

Amendment Rights, Physical Injuries permenent injury Ruff Emotion relief Inmate

Sandrew Doss. Inmate Doss Seeking Justice from Mentally Anguish Psychological

Injury, Emotional Stress, physical Abuse from Assault AND Bettery which Unconstitutional

Sandrew Doss Amendment RIGHTS was Violated.

or say anything when Co1 Jones assaulted me, And ~~[illegible, crossed out]~~

~~[illegible, crossed out]~~

~~[illegible, crossed out]~~

~~[illegible, crossed out]~~

~~[illegible, crossed out]~~

~~[illegible, crossed out]~~

## RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Declare the plaintiffs rights under the U.S. Constitution to enjoin the defendants from retaliating against Doss and from using unnecessary and excessive physical force against Doss.

3. Compensatory damages of $1,000,000.00 from each defendant ~~[illegible]~~

4. Punitive damages of $1,000,000.00 from each defendant ~~[illegible]~~

5. Such other relief as the court may deem necessary or proper.

*I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/18/05___.

ANDREW DOSS 126437

_____

_____

_____

_____

Signature(s)

4