FILED
 2006 Nov-17 PM 02:27
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SANDREW DOSS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:05-cv-01463-RDP-HGD |
| ) | |
| **COI LAUOLEFISO JONES, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OF OPINION

This is a civil action pursuant to 42 U.S.C. § 1983 filed by Plaintiff, Sandrew Doss.  In his *pro se* complaint, Plaintiff names Deputy Warden Archie Garrett, Deputy Warden Mary Carter, Officer Gary Malone, and Officer Lauolefiso Jones as Defendants.  He contends Defendant Jones violated his constitutional right to be free from cruel and unusual punishment by subjecting him to excessive force and Defendants Garrett, Carter, and Malone failed to protect him from Jones' use of excessive force.  Plaintiff further contends that Defendants violated his First Amendment right to free speech by retaliating against him for making complaints.  As compensation for the alleged constitutional violations, Plaintiff seeks monetary and declaratory relief.

On October 26, 2006, the magistrate judge entered a report and recommendation, recommending that summary judgment be granted in part and denied in part as to the above named Defendants. No party filed objections.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendations are **ACCEPTED**. The court finds that Defendants' motion for summary judgment is due to be **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact with regard to Plaintiff's claim that Defendants' actions violated any constitutional right in their official capacities. Therefore, Defendants' motion for summary judgment is due to be **GRANTED** to the extent they are sued in their official capacities, and all claims against all Defendants in their official capacities are due to be **DISMISSED WITH PREJUDICE**.

2. The court **EXPRESSLY FINDS** that there are genuine issues of material fact with regard to Plaintiff's claim that Defendants' actions, in their individual capacities, violated his Eighth Amendment right to be free from excessive force. As such, Defendants' motion for summary judgment is due to be **DENIED**.

3.  The court **EXPRESSLY FINDS** that there are genuine issues of material fact with regard to Plaintiff's claim that Defendants' actions, in their individual capacities, violated his First Amendment right to be free from retaliation for exercising his right to free speech.  As such, Defendants' motion for summary judgment is due to be **DENIED**.

An appropriate order will be entered.

**DONE** and **ORDERED** this ___17th___ day of November, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE